# United States District Court
# For The Western District of North Carolina
# Asheville Division

CECIL L. COHEN,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:08CV234

MICHAEL J. ASTRUE,
       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2009 Order.

FRANK G. JOHNS, CLERK

January 22, 2009

BY: s/Phyllis Freeman

Phyllis Freeman, Deputy Clerk