IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| CECIL L. COHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:08CV234 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the parties' consent motion for an order accepting their agreement on attorney fees.

According to the motion, the parties have agreed to an award of attorney fees in the amount of $3,159.00, and this award shall be in full settlement and satisfaction of any and all claims for attorney fees under 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that the parties' consent motion is **GRANTED**, and Plaintiff is hereby awarded $3,159.00 for attorney fees.

**IT IS FURTHER ORDERED** that, pursuant to the agreement of the parties herein, such payment shall be in full settlement and satisfaction of any and all claims for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Signed: February 23, 2009

Lacy H. Thornburg
United States District Judge